UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>**ADAM RAY SIDERS**<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br>18 U.S.C. § 1361 |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Damaging Federal Property)

On or about March 3, 2023, in the Southern District of Ohio, the defendant, **ADAM RAY SIDERS**, willfully and by means of force, did injure and commit a depredation against property of the United States and any department or agency thereof, specifically, the John W. Bricker Federal Building, located at 200 North High Street, Columbus, Ohio, and the resulting damage exceeded the sum of $1,000.

**In violation of 18 U.S.C. § 1361.**

A TRUE BILL.

s/Foreperson
FOREPERSON

KENNETH L. PARKER
United States Attorney

s/ Brian J. Martinez
BRIAN J. MARTINEZ (CA 224587)
Assistant United States Attorney